STEVEN I HOCHFELSEN, ESQ (Bar No. 129491)
steve@hockani.com
DAVID W. KANI, ESQ. (Bar No. 243032)
dkani@hockani.com
**HOCHFELSEN & KANI, LLP**
895 Dove St., Suite 300
Newport Beach, California 92660
Telephone: (714) 907-0697

BRIAN H. MAHANY, ESQ (admitted *pro hac vice*)
brian@mahanylaw.com
**MAHANY LAW**
8112 W. Bluemound Road
P.O. Box 511328
Milwaukee, Wisconsin 53203

Attorneys for Plaintiff
ROBERT FELTER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FELTER, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>DELL TECHNOLOGIES, INC., a Texas Corporation, and DOES 1-10 inclusive,<br><br>Defendants. | Case No.: 3:21-cv-04187-VC<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

Plaintiff Robert Felter ("Plaintiff") hereby moves the Court pursuant to Local Rule 7-11 for an Order continuing the Initial Case Management Conference, currently set for September 1, 2021, for 60 days or until after defendant in this matter has been served.

The complaint in this matter was filed on June 2, 2021. Pursuant to FRCP 4(m), Plaintiff has 90 days from the time the complaint was filed to serve defendants and intends to do so within that time.

Accordingly, Plaintiff respectfully requests that the Court continue the Case Management Conference and related dates for 60 days or until a time it deems convenient once the defendant in this matter has been served.

By:    /s/ Steven I. Hochfelsen
Steven I. Hochfelsen, Esq.
*Attorney for Plaintiff*
Robert Felter