UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FELTER,<br><br>        Plaintiff,<br><br>    v.<br><br>DELL TECHNOLOGIES, INC.,<br><br>        Defendant. | Case No. 21-cv-04187-VC<br><br>**ORDER GRANTING STIPULATION TO SET BRIEFING SCHEDULE AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 23 |

      The joint stipulation to set a briefing schedule and continue the CMC (Dkt. No. 23) is granted.

      **IT IS SO ORDERED.**

Dated: October 12, 2021

VINCE CHHABRIA
United States District Judge