UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FELTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DELL TECHNOLOGIES, INC., <br><br> Defendant. | Case No. 21-cv-04187-VC <br><br> **JUDGMENT** <br><br> Re: Dkt. No. 43 |

On July 29, 2022, the Court granted the motion to compel arbitration. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment in accordance with the order. *See* Dkt. 43. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 24, 2022

VINCE CHHABRIA
United States District Judge